USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

AMAL SAID SAID ALAM SHAH,

    Defendant.

---------------------------------------------------------X

15-CR-235 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Amal Said Said Alam Shah moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 148.) The Government shall respond to Defendant's motion for a sentence reduction no later than October 12, 2022. Defendant's reply, if any, must be submitted by November 28, 2022.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: New York, New York
       September 12, 2022

*/s/ Kimba M. Wood*
KIMBA M. WOOD
United States District Judge